1  Bryce K. Kunimoto
   Nevada Bar No. 7781
2  Robert J. Cassity
   Nevada Bar No. 9779
3  **HOLLAND & HART LLP**
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   bkunimoto@hollandhart.com
6  bcassity@hollandhart.com

7  *Attorneys for Defendants*

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 EDEN DAVIS,                          | **Case No.:  3:23-cv-00558-MMD-CLB**

11              Plaintiff,              | **STIPULATION TO STAY
                                          PROCEEDINGS PENDING FINAL**
12 v.                                    **SETTLEMENT**

13 SANOFI US SERVICES INC. F/K/A
   SANOFI-AVENTIS U.S. INC. AND SANOFI-
14 AVENTIS U.S. LLC,

15              Defendant.

16

17         Plaintiff Eden Davis and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S.

18 LLC (collectively, "the Parties"), by and through their undersigned counsel, stipulate and agree

19 as follows:

20         1.   The Parties have reached an agreement in principle for the complete resolution of

21              this action.

22         2.   The Parties are in the process of preparing and finalizing a Master Settlement

23              Agreement which will include the instant case, as well as other cases in multi-

24              district litigation.

25         3.   Accordingly, the Parties stipulate and agree to vacate all pending deadlines and to

26              stay this matter for five months, through and including May 24, 2024, to allow

27              them to finalize the Master Settlement Agreement.

28 ///

   *(left margin vertical text)* HOLLAND & HART LLP  9555 HILLWOOD DRIVE, 2ND FLOOR  LAS VEGAS, NV 89134

1

1        On or before May 24, 2024, the parties will file a status report informing this Court of the

2  settlement status or a motion for appropriate relief shall be submitted.

3        DATED this 19th day of January, 2024.

4  **ANDREWS, THORNTON, HIGGINS,**      **HOLLAND & HART LLP**
    **RAZMARA LLP**

6  */s/ John C. Thornton*               */s/ Bryce K. Kunimoto*

7  John C. Thornton, III              Bryce K. Kunimoto
    4701 Von Karman Ave., Suite 300     Robert J. Cassity

8  Newport Beach, CA 92660          9555 Hillwood Drive, 2nd Floor
                                  Las Vegas, NV 89134

9  Anne Andrews
    Lila Razmara                 *Attorneys for Defendants*

10  2 Corporate Park, Suite 110
     Irvine, CA 92606

11  *MDL 2740 Attorneys for Plaintiff*

13                              **ORDER**

15                           IT IS SO ORDERED.

17                         U.S. DISTRICT JUDGE

18                           January 22, 2024
                           Dated:

*Left margin vertical text:* HOLLAND & HART LLP 9555 HILLWOOD DRIVE, 2ND FLOOR LAS VEGAS, NV 89134

2

**CERTIFICATE OF SERVICE**

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on the 19th day of January, 2024, I served a true and correct copy of the foregoing **STIPULATION TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT** as follows:

Anne Andrews
Lila Razmara
2 Corporate Park, Suite 110
Irvine, CA 92606

John C. Thornton, III
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

*MDL 2740 Attorneys for Plaintiff*

*/s/ Joyce Heilich*
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134