Bryce K. Kunimoto
Nevada Bar No. 7781
Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDEN DAVIS, | **Case No.: 3:23-cv-00558-MMD-CLB** |
| Plaintiff, | |
| v. | **ORDER GRANTNG STIPULATION OF DISMISSAL** |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of this action as to all Defendants with each party to bear its own attorney's fees and costs.

DATED: November 20, 2024.

| | |
|---|---|
| **ANDREWS, THORNTON, HIGGINS, RAZMARA LLP** | **HOLLAND & HART LLP** |
| /s/ *Sean Higgins*_____ | /s/ *Bryce K. Kunimoto* |
| Sean Higgins | Bryce K. Kunimoto |
| John C. Thornton, III | Robert J. Cassity |
| Anne Andrews | 9555 Hillwood Drive, 2nd Floor |
| 4701 Von Karman Ave., Suite 300 | Las Vegas, NV 89134 |
| Newport Beach, CA 92660 | |
| | *Attorneys for Defendants* |
| *MDL 2740 Attorneys for Plaintiff* | |

1

*Eden Davis v. Sanfoi US Services Inc. et al.*
*3:23-cv-00558-MMD-CLB*
*Stipulation of Dismissal*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: **November 20, 2024**
3:23-cv-00558-MMD-CLB

2

*Eden Davis v. Sanfoi US Services Inc. et al.*
*3:23-cv-00558-MMD-CLB*
*Stipulation of Dismissal*

## CERTIFICATE OF SERVICE

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on the 20th day of November 2024, I served a true and correct copy of the **STIPULATION OF DISMISSAL** as follows:

**Anne Andrews**
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000

*Attorney for Plaintiff*

/s/ Paige Ostlie
An Employee of Holland & Hart LLP

3